ALLEN TART *v.* COMMISSIONER OF CORRECTION

The petitioner Allen Tart's petition for certification for appeal from the Appellate Court, 94 Conn. App. 134 (AC 25991), is denied.

*Debra M. Munson,* special public defender, in support of the petition.

*Jessica Probolus,* special deputy assistant state's attorney, in opposition.

Decided April 7, 2006

BRUCE ZOLLO *v.* COMMISSIONER OF CORRECTION

The petitioner Bruce Zollo's petition for certification for appeal from the Appellate Court, 93 Conn. App. 755 (AC 25751), is denied.

*George C. Springer, Jr.,* in support of the petition.

*Christopher T. Godialis,* senior assistant state's attorney, in opposition.